UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER 11 |
| ) | | CASE NO. 21-10828 |
| HDG CONGRESS, LLC, ) | | |
| ) | | |
| Debtor ) | | |
| | | |
| IN RE: ) | | CHAPTER 11 |
| ) | | CASE NO. 21-10829 |
| HDG STUART, LLC, ) | | |
| ) | | |
| Debtor ) | | |
| | | |
| IN RE: ) | | CHAPTER 11 |
| ) | | CASE NO. 21-10827 |
| KC PANORAMA, LLC, ) | | |
| ) | | |
| Debtor ) | | |

**ORDER (I) UNDER FED. R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES; AND (II) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. BANKR. P. 2002(n)**

Upon the motion (the "Motion") of the Debtors for entry of an order (this "Order"), under Section 342(c)(1) of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b) and 2002(n), (i) directing the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) waiving the requirement that the captions in these Chapter 11 Cases contain certain identifying information with respect to each Debtor; and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other further notice is necessary; and it appearing that the relief requested in the

Motion is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases is consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the above-captioned Chapter 11 Cases.

4. The caption of the jointly administered cases shall be read as follows:

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 21-10827 |
| KC PANORAMA, LLC, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

5. All original pleadings shall be captioned as indicated in the preceding paragraph, and all original docket entries shall be made in the case of KC Panorama, LLC, Case No. 21-10827

6. A docket entry shall be made in each of the Debtors' cases (other than that of KC Panorama, LLC) substantially similar to the following:

   "An order has been entered in this case consolidating this case with the case of KC Panorama, LLC (21-10827) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 21-10827 should be consulted for all matters affecting the above-listed case."

7. The requirements under Section 342(c)(1) of the Bankruptcy Code and Fed. R. Bankr. P. 2002(n) that the case caption and other notices mailed in these cases include the Debtors' tax

identification numbers and other identifying information about the Debtors are waived. Instead, the Debtors shall include in all pleadings filed and each notice mailed by the Debtors include a footnote listing all of the Debtors, their addresses, and the last four digits of their tax identification numbers (if applicable).

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2021

_____
UNITED STATES BANKRUPTCY JUDGE